| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**EASTERN DISTRICT OF NEW YORK** | |
| In Re:<br><br>JOANN KOLNBERGER | Case No.:　　　18-75904-ast<br><br>Adversary No.　 19-8021-ast<br><br>Chapter:　　　13<br><br>Presentment Date: June 18, 2019<br><br>Judge: Alan S. Trust |
| JOANN KOLNBERGER,<br>　　　Plaintiff,<br>v.<br><br>SPECIALIZED LOAN SERVICING INC., BANK OF AMERICA, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-4<br>　　　Defendants. | **NOTICE OF DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS DEBTOR'S SECOND AMENDED ADVERSARY COMPLAINT** |

PLEASE TAKE NOTICE that on June 18, 2019 at 10:30 am, Defendant Bank of America, N.A. ("BANA") will move to dismiss with prejudice the Second Amended Adversary Complaint filed by Joann Kolnberger in this Adversary Proceeding before the Honorable Alan S. Trust, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, Courtroom 960, 290 Federal Plaza, Central Islip, New York 11722.

Any response to the Motion must be made in writing shall be due fourteen (14) days after the date of filing, and served upon and received by counsel for BANA, Heather Elizabeth Saydah, Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166. The order may be entered without a hearing unless a timely objection is made.

**Please be advised that if an objection is timely filed to the relief requested, or if the Court determines that a hearing is appropriate, the Court will schedule a hearing. Notice of such a hearing will be provided by the applicant.**

Dated:  May 22, 2019  Respectfully submitted,
      New York, New York

                      WINSTON & STRAWN, LLP

                  BY:   */s/Heather Elizabeth Saydah*
                         Heather Elizabeth Saydah, Esq.
                         200 Park Avenue
                         New York, NY  10166
                         (212) 294-5312
                         hsaydah@winston.com
                         *Counsel for Bank of America, N.A.*