| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**EASTERN DISTRICT OF NEW YORK** | |
| In Re:<br><br>JOANN KOLNBERGER | Case No.: 18-75904-ast<br><br>Adversary No. 19-8021-ast<br><br>Chapter: 13 |
| JOANN KOLNBERGER,<br><br>    Plaintiff,<br>v.<br><br>SPECIALIZED LOAN SERVICING INC., BANK OF AMERICA, N.A., DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-4<br><br>    Defendants. | **DECLARATION OF HEATHER ELIZABETH SAYDAH IN SUPPORT OF DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS DEBTOR'S SECOND AMENDED ADVERSARY COMPLAINT** |

I, HEATHER ELIZABETH SAYDAH, hereby declare under the penalty of perjury, pursuant to 28 U.S.C. §1746, as follows:

1. I am an attorney at law with Winston & Strawn LLP, attorneys for Defendant Bank of America, N.A. ("BANA") in the above-captioned matter.

2. This Declaration is submitted in support of BANA's Motion to Dismiss Debtor's Second Amended Adversary Complaint.

3. Attached hereto as **Exhibit A** is a true and correct copy of the docket for Nassau County, Index No. 007128/2015 (the "Foreclosure Action").

4. Attached hereto as **Exhibit B** is a true and correct copy of Debtor's Opposition to the Deutsche Bank's Motion for Judgment of Foreclosure on Sale filed in the Foreclosure Action.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Judgment of Foreclosure and Sale entered in the Foreclosure Action on June 11, 2018.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: May 22, 2019  
      New York, New York

Respectfully submitted,

WINSTON & STRAWN, LLP

BY:   */s/Heather Elizabeth Saydah*  
      Heather Elizabeth Saydah, Esq.  
      200 Park Avenue  
      New York, NY 10166  
      (212) 294-5312  
      hsaydah@winston.com  
      *Counsel for Bank of America, N.A.*