# EXHIBIT A





# WebCivil Supreme - Appearance Detail

Court: **Nassau Supreme Court**
Index Number: **0007128/2015**
Case Name: **DEUTSCHE BANK NATIONAL vs. KOLNBERGER, MICHAEL**
Case Type: **RES FORECLOSURE FSC ELIGIBLE**
Track: **Standard**

## Appearance Information:

| Appearance Date | Time | Court Date Purpose | Outcome Type | Justice Part | Remarks | Motion Seq |
|---|---|---|---|---|---|---|
| 09/04/2018 | | | | FORECLOSURE STATUS PART JUDGE / FORECLOSURE AUCTION PART | ANH | |
| 04/24/2018 | | Motion | FULLY SUBMITTED | FORECLOSURE PART / MOTION FORECLOSURE PART | CHAMBER | 2 |
| 07/14/2017 | | Motion | ADJOURNED | FORECLOSURE PART / MOTION FORECLOSURE PART | | 2 |
| 04/05/2017 | | Supreme Trial | OTHER FINAL DISP. (PRE-NOTE) | FORECLOSURE STATUS PART JUDGE / FORECLOSURE STAT PT (STATUS) | | |
| 01/13/2017 | | Motion | WITHDRAWN | FORECLOSURE PART / MOTION FORECLOSURE PART | PER LETTER 12/20/16 | 1 |
| 11/25/2016 | | Motion | ADJOURNED | FORECLOSURE PART / MOTION FORECLOSURE PART | | 1 |
| 04/07/2016 | | Supreme Trial | FSC - NOT SETTLED (U) | FORECLOSURE SETTLEMENT CONF PT / FORECLOSURE-SP SETTLEMENT CONF | | |
| 02/18/2016 | | Supreme Trial | FSC - CONTINUED (U) | FORECLOSURE SETTLEMENT CONF PT / FORECLOSURE-SP SETTLEMENT CONF | 9:30 AM | |
| 12/17/2015 | | Supreme Trial | FSC - CONTINUED (U) | FORECLOSURE SETTLEMENT CONF PT / FORECLOSURE-SP SETTLEMENT CONF | 9:30 AM | |
| 11/17/2015 | | Supreme Initial (first time on) | FSC - CONTINUED (U) | FORECLOSURE SETTLEMENT CONF PT / FORECLOSURE-SP SETTLEMENT CONF | 2:15 PM | |

Close





# WebCivil Supreme - Motion Detail

Court: **Nassau Supreme Court**
Index Number: **0007128/2015**
Case Name: **DEUTSCHE BANK NATIONAL vs. KOLNBERGER, MICHAEL**
Case Type: **RES FORECLOSURE FSC ELIGIBLE**
Track: **Standard**

Motion Information:

| Motion Number | Date Filed | Filed By | Relief Sought | Submit Date | Answer Demanded | Status | Decision | Order Signed Date |
|---|---|---|---|---|---|---|---|---|
| 2 | 05/31/2017 | Plaintiff | JUDGEMENT-FORECLOSURE & SALE | 04/24/2018 | Yes | Decided: 06/08/2018 MOTION GRANTED Before Justice: FORECLOSURE PART | Short Form Order | 06/08/2018 |
| 1 | 10/17/2016 | Plaintiff | JUDGEMENT-FORECLOSURE & SALE | | Yes | Decided: 01/13/2017 MOTION WITHDRAWN Before Justice: FORECLOSURE PART | Oral | |

Close